| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| 2 | THOMAS E. FRANKOVICH, *A Professional Law Corporation* |
| 3 | 2806 Van Ness Avenue<br>San Francisco, CA 94109 |
| | Telephone:   415/674-8600 |
| 4 | Facsimile:   415/674-9900 |

Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>       Plaintiffs,<br><br>v.<br><br>CELIA'S RESTAURANTS CORPORATION, a California corporation, dba CELIA'S NO.7; STEPHEN E. BLOCK and DALE F. BLOCK, a married couple; and OVERAA VENTURES, a California Limited Liability Company<br><br>       Defendants. | **CASE NO. C07-00946 CRB**<br><br>**STIPULATION OF DISMISSAL AND** ~~**[PROPOSED]**~~ **ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the General Release ("Release") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2  through their designated counsel that the above-captioned action be and hereby is dismissed
3  with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

7  Dated: May 6, 2008                    THOMAS E. FRANKOVICH
                                         *A PROFESSIONAL LAW CORPORATION*

10                                       By: _____/s/_____
                                             THOMAS E. FRANKOVICH
11                                       Attorneys for Plaintiffs CRAIG YATES and
                                         DISABILITY RIGHTS, ENFORCEMENT, EDUCATION,
12                                       SERVICES:HELPING YOU HELP OTHERS, a California
                                         public benefit corporation

14  Dated: March 30, 2008                KELLY, HERLIHY & KLEIN LLP

16                                       By: _____/s/_____
                                             Jonathan A. Klein
17                                       Attorneys for Defendants STEPHEN E. BLOCK and
                                         DALE F. BLOCK, a married couple; and OVERAA
                                         VENTURES, a California Limited Liability Company

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                                    -2-

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' General Release should such enforcement be necessary.

Dated:   May 08   , 2008



Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE